(101 App. Div. 365)

INGERSOLL et al. v. WELD et al.

(Supreme Court, Appellate Division, First Department. February 10, 1905.)

1. INTERVENTION—WHO ENTITLED—PARTIES.

A party to an action is entitled to notice of all proceedings in the action, either before a referee or before the court, and may appear and protect any interest he may have, affected by such proceedings, without obtaining leave to intervene from the court, so that a motion by him to be permitted to intervene is properly denied.

Appeal from Special Term, New York County.

Action by Charles D. Ingersoll and others, as executors, against Robert Weld and another. From an order denying the motion of defendant Weld for leave to intervene in an accounting between plaintiff and the other defendants, said Weld appeals. Affirmed.

See 88 N. Y. Supp. 711.

Argued before VAN BRUNT, P. J., and HATCH, PATTERSON, O'BRIEN, and LAUGHLIN, JJ.

T. F. Byrne, for appellant.

A. Stickney, Jr., for respondent executors.

D. Edwards, for other respondents.

PER CURIAM. This motion was unnecessary. The moving party is a party to the action, and as such is entitled to notice of all proceedings in the action before the referee or before the court, and to appear and protect any interest he may have, affected by the proceedings before the referee or before the court.

The order should be affirmed, with $10 costs and disbursements.